In the Matter of the Application of ARDSLEY GARAGE Co., INC., Petitioner, Respondent, for an Order against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and HARRIS H. MURDOCK, Chairman, and Others, Appellants. MARIE E. HARDART and Estate of MARTHA L. RUTHERFURD, Intervenors, Appellants; LENOX HILL HOSPITAL and THE MARIST BROTHERS, Intervenors, Respondents.— Order affirmed, with twenty dollars costs and disbursements to the respondents against the intervenors, appellants. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse.

LENNIE KLINGEL, as Administratrix, etc., of HERBERT ELROY MERRITT, Deceased, Appellant, Respondent, v. BEAR MOUNTAIN HUDSON RIVER BRIDGE COMPANY, Respondent, Appellant.— Order and judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARJORIE C. COIT, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant. — Judgment unanimously reversed, and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $11,335.43; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MOLLYE HOROWITZ WIEDER, Appellant, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and Others, Defendants, Impleaded with ANNA HOROWITZ, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore and Callahan, JJ.

In the Matter of SAMUEL H. KUNSTLICH, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of DAVID PARIS, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GERTRUDE PROBST, Appellant, v. ROBERT McLAIN and CONSTANCE McLAIN, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LAWRENCE J. GALLAGHER, on Behalf of Himself as Stockholder of the NEW YORK DOCK COMPANY, and All Other Stockholders Thereof, Who May Come in and Contribute to the Expenses of This Action, Respondent, v. GEORGE W. DAVISON and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of 30 HOLDING CORP., a Domestic Corporation, Appellant, for an Order against JOSEPH GOODMAN, as Commissioner of the Department of Water Supply, Gas and Electricity of the City of New York, and ALMERINDO PORTFOLIO, as Treasurer of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.